■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ODELL WILKENS, Also Known as ODELL WILKINS, Appellant. [823

NYS2d 751]—Motion for writ of error coram nobis denied. Present—Hurlbutt, A.P.J., Gorski, Martoche and Smith, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ADRIAN TRICE, Appellant. [823 NYS2d 751]—Motion for writ of error coram nobis denied. Present—Scudder, J.P., Gorski, Martoche and Green, JJ.